UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREW ORKIN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>THE SWISS CONFEDERATION and MUSEUM OSKAR REINHART AM STADTGARTEN<br><br>　　　　Defendants. | Case No.:09-CV-10013 (LAK)<br><br>ELECTRONICALLY FILED |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that I hereby respectfully enter my appearance as counsel for Defendant The Swiss Confederation in the above named action. I am admitted to practice in this District.

Dated: New York, New York
　　　　February 17, 2010

Respectfully submitted,

By: _____
　　　Laurie E. Foster

MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
(212) 309-6000
(212) 309-6001 (efax)
Email: lfoster@morganlewis.com